FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. NEWKIRK,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | NO: 2:16-CV-410-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is United States Magistrate Judge Rodgers' February 15, 2018 Report and Recommendation, ECF No. 24, to grant in part Plaintiff Mark Newkirk's Motion for Summary Judgment, ECF No. 17, and deny Defendant Commissioner of Social Security's Motion for Summary Judgment, ECF No. 22. Objections were due on or before March 1, 2018, and neither party objected to the Report and Recommendation.

Having reviewed the February 15, 2018 Report and Recommendation and there being no objections, the Court **ADOPTS** Judge Rodgers' Report and Recommendation, **ECF No. 24**, in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **GRANTED IN PART**. Consistent with the analysis of the Report and Recommendation, the Court denies Plaintiff's request for an immediate award of benefits.

2. Defendant's Motion for Summary Judgment, **ECF No. 22**, is **DENIED**.

3. The matter is **REMANDED** to the Commissioner for additional proceedings consistent with this Order and the adopted Report and Recommendation, ECF No. 24.

4. Judgment shall be entered for Plaintiff.

The District Court Clerk is directed to enter this Order, enter judgment as outlined above, provide copies to counsel, and **close the case**.

**DATED** March 6, 2018.

                                    *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                  United States District Judge