# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2018

SEAN F. McAVOY, CLERK

MARK A. NEWKIRK,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 2:16-CV-410-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation (ECF No. 24) is ADOPTED in its entirety. Plaintiff's Motion for Summary Judgment (ECF No. 17) is GRANTED IN PART. Consistent with the analysis of the Report and Recommendation, the Court denies Plaintiff's request for an immediate award of benefits. Defendant's Motion for Summary Judgment (ECF No. 22) is DENIED. The matter is REMANDED to the Commissioner for additional proceedings. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Report and Recommendation (ECF No. 24) and Motions for Summary Judgment (ECF Nos. 17 and 22).

Date: 3/6/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*
Lennie Rasmussen